Robert C. Hilliard, Esq., Marion M. Reilly, Hilliard Munoz Guerra, L.L.P., Corpus Christi, TX, for Plaintiff–Appellant.

Bridget Ranee Robinson, Walsh, Anderson, Brown, Gallegos & Green, P.C., Austin, TX, for Defendants–Appellees.

Before JOLLY, BENAVIDES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

After her daughter, an 18–year old special education student, was the sexual victim of another student on school grounds, Appellant Belinda Colomo brought this 42 U.S.C. § 1983 claim against the San Angelo Independent School District and individual school officials alleging a violation of her daughter's constitutional rights under the Fourteenth Amendment. The district court held that Colomo failed to plead facts demonstrating a Fourteenth Amendment substantive due process violation, and therefore dismissed the claims against the school district and granted summary judg-

ment against Colomo on the claim against the individual officials. Only on appeal has Colomo argued the case is a "special relationship" or "state-created" danger case arising under the rubric of *DeShaney v. Winnebago Cnty. Dep't of Soc. Servs.*, 489 U.S. 189, 109 S.Ct. 998, 103 L.Ed.2d 249 (1989). It is clear that, in light of this court's intervening decision in *Doe v. Covington County School District*, 675 F.3d 849 (5th Cir.2012) (en banc), we are bound to find no error in the district court's orders. We AFFIRM the judgment of the district court and DENY Appellant's motion to strike and motion for sanctions.

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar GARZA–PERALES,**
**Defendant–Appellant.**

No. 12–40608
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Gabriel Marc Cervantes, Esq., Law Office of Marc Cervantes, P.L.L.C., Corpus Christi, TX, for Defendant–Appellant.

Oscar Garza–Perales, Groesbeck, TX, pro se.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Oscar Garza–Perales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Garza–Perales has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.